ROANNE L. MANN  
UNITED STATES MAGISTRATE JUDGE

DATE: Nov. 16, 2016  
START: 4:00 p.m.  
END: 4:10 pm

DOCKET NO: 16-CV-4837 (SJ)

CASE: Rivera, et al. v. Ten Star Deli, et al.

- ☐ INITIAL CONFERENCE
- ☐ DISCOVERY CONFERENCE
- ☐ SETTLEMENT CONFERENCE
- ☐ MOTION HEARING
- ☐ OTHER/ORDER TO SHOW CAUSE
- ☐ FINAL/PRETRIAL CONFERENCE
- ☒ TELEPHONE CONFERENCE
- ☐ INFANT COMPROMISE HEARING

**PLAINTIFF** — **ATTORNEY**: C.K. Lee; Taimur Alamgir

**DEFENDANT** — **ATTORNEY**: Roger Greenberg

- ☐ DISCOVERY TO BE COMPLETED BY
- ☐ NEXT _____ CONFERENCE SCHEDULED FOR
- ☐ JOINT PRE-TRIAL ORDER TO BE FILED VIA ECF BY
- ☐ PL. TO SERVE DEF. BY: ____   DEF. TO SERVE PL. BY: ____

RULINGS: PLEASE TYPE THE FOLLOWING ON DOCKET SHEET

Plaintiffs' counsel and defense counsel both confirm that there has been no settlement of any of plaintiffs' claims, state or federal. Rather, plaintiffs have concluded that they would rather not have to litigate whether the defendant deli satisfies the $500,000 threshold for FLSA enterprise coverage. Plaintiffs are contemplating re-filing in state court and defense counsel has agreed to accept service. This case may therefore be closed.